**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal No. 12-MJ-00113-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. OMAR CERVANTES-VALDEZ,**

**Defendant.**

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

 Jean Lyle, the Interpreter, scheduled to appear for the Arraignment scheduled in this matter for May 1, 2012 at 3:30 p.m. contacted the Court and advised that she had a conflict with another court on that date and time and requested the matter be rescheduled. After consulting with the government and counsel for the Defendant;

 **IT IS HEREBY ORDERED** that the Arraignment previously scheduled for May 1, 2012 at 3:30 p.m. is **VACATED and RESCHEDULED for May 7, 2012 at 3:00 p.m.** before the Magistrate Judge in Durango, Colorado.

**DATED: April 17, 2012.**

       **BY THE COURT:**

       **s/David L. West**
       **United States Magistrate Judge**